# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

SHERRY DESPAIN                                                              PLAINTIFF

V.                              NO. 3:17-CV-161-BD

SOCIAL SECURITY ADMINISTRATION                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 13th day of April, 2018.

_____
UNITED STATES MAGISTRATE JUDGE